No. 94–8792 (A–761). INGRAM *v.* THOMAS, WARDEN. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

APRIL 17, 1995

No. 94–66. MOORE ET AL. *v.* DUPREE ET AL.; and

No. 94–82. LAMAR COUNTY BOARD OF EDUCATION AND TRUSTEES ET AL. *v.* DUPREE ET AL. Appeals from D. C. S. D. Miss. Judgment vacated and cases remanded to the District Court to clarify whether it has enjoined only § 47 of the Uniform School Law, 1986 Miss. Gen. Laws, ch. 492, or whether it has also enjoined the effect of § 52 of the Act (codified as Miss. Code Ann. § 37–7–103 (1990)), insofar as § 52 implicitly repealed Miss. Code Ann. § 37–7–611 (1972).

No. ———. FRITZ *v.* UNITED STATES;

No. ———. KALLAS *v.* CHICAGO BOARD OF EDUCATION ET AL.;

No. ———. MAGUIRE *v.* MAGUIRE;

No. ———. ROKKE *v.* ROKKE; and

No. ———. SINICROPI *v.* MILONE, FORMER DIRECTOR OF PROBATION, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. D–1499. IN RE DISBARMENT OF BENSON. Disbarment entered. [For earlier order herein, see 513 U. S. 1142.]

No. D–1500. IN RE DISBARMENT OF SACKS. Disbarment entered. [For earlier order herein, see 513 U. S. 1143.]

No. D–1501. IN RE DISBARMENT OF TINARI. Disbarment entered. [For earlier order herein, see 513 U. S. 1143.]

No. D–1503. IN RE DISBARMENT OF SYDNOR. Disbarment entered. [For earlier order herein, see 513 U. S. 1143.]

No. D–1504. IN RE DISBARMENT OF HANSON. Disbarment entered. [For earlier order herein, see 513 U. S. 1143.]

No. D–1509. IN RE DISBARMENT OF MASON. Disbarment entered. [For earlier order herein, see 513 U. S. 1144.]